Wendy B. Shepps (WS1207)
PODVEY, MEANOR, CATENACCI,
HILDNER, COCOZIELLO & CHATTMAN, P.C.
570 Lexington Avenue
New York, New York 10022
(212) 432-7419


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAYA M. RONESS on behalf of Herself and all other similarly situated consumers,<br><br>                    Plaintiff,<br><br>  -  against-<br><br>COHEN & SLAMOWITZ, LLP,<br><br>                    Defendant. | Civil Action No.: 12-CV-3243<br><br>**ANSWER** |

Defendant, COHEN & SLAMOWITZ, LLP (hereinafter "Defendant or "COHEN & SLAMOWITZ"), by its attorneys, PODVEY, MEANOR, CATENACCI, HILDNER, COCOZIELLO & CHATTMAN, P.C. hereby responds, upon information and belief, to the Plaintiff's Complaint, as follows:

    **FIRST:**    Denies the truth of each and every allegation contained within paragraph "1" of Plaintiff's Complaint.

    **SECOND:**    Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "2" of Plaintiff's Complaint.

    **THIRD:**    Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "3" of Plaintiff's Complaint and in

addition, refers all questions of law to the trial court for judicial determination.

**FOURTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "4" of Plaintiff's Complaint and in addition, refers all questions of law to the trial court for judicial determination.

**FIFTH:** Admits the truth of the allegations contained within paragraph "5" of Plaintiff's Complaint.

**SIXTH:** Admits the truth of the allegations contained within paragraph "6" of Plaintiff's Complaint.

**SEVENTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "7" of Plaintiff's Complaint and in addition, refers all questions of law to the trial court for judicial determination.

**EIGHTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "8" of Plaintiff's Complaint and in addition, refers all questions of law to the trial court for judicial determination.

**NINTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "9" of Plaintiff's Complaint and in addition, refers all questions of law to the trial court for judicial determination.

**TENTH:** Admits the truth of each and every allegation contained within paragraph "10" of Plaintiff's Complaint.

**ELEVENTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "11" of Plaintiff's Complaint.

**TWELFTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "12" of Plaintiff's Complaint.

**THIRTEENTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "13" of Plaintiff's Complaint.

**FOURTEENTH:** Denies the truth of each and every allegation contained within paragraph "14" of Plaintiff's Complaint.

**FIFTEENTH:** Denies the truth of each and every allegation contained within paragraph "15" of Plaintiff's Complaint.

**SIXTEENTH:** Admits the truth of each and every allegation contained within paragraph "16" of Plaintiff's Complaint.

**SEVENTEENTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "17" of Plaintiff's Complaint and in addition, refers all questions of law to the trial court for judicial determination.

**EIGHTEENTH:** Denies the truth of each and every allegation contained within paragraph "18" of Plaintiff's Complaint.

**NINETEENTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "19" of Plaintiff's Complaint and in addition, refers all questions of law to the trial court for judicial determination.

**TWENTIETH:** Denies the truth of each and every allegation contained within paragraph "20" of Plaintiff's Complaint**.**

**TWENTY-FIRST:** Denies the truth of each and every allegation contained within paragraph "21" of Plaintiff's Complaint**.**

**TWENTY-SECOND:** Denies the truth of each and every allegation contained within paragraph "22" of Plaintiff's Complaint**.**

**TWENTY-THIRD:** Denies the truth of each and every allegation contained within paragraph "23" of Plaintiff's Complaint.

**TWENTY-FOURTH:** Denies the truth of each and every allegation contained within paragraph "24" of Plaintiff's Complaint.

**TWENTY-FIFTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "25" of Plaintiff's Complaint and in addition, refers all questions of law to the trial court for judicial determination.

**TWENTY-SIXTH:** Denies the truth of each and every allegation contained within paragraph "26" of Plaintiff's Complaint.

**TWENTY-SEVENTH:** Denies the truth of each and every allegation contained within paragraph "27" of Plaintiff's Complaint.

**TWENTY-EIGHTH:** Denies the truth of each and every allegation contained within paragraph "28" of Plaintiff's Complaint.

**TWENTY-NINTH:** Denies the truth of each and every allegation contained within paragraph "29" of Plaintiff's Complaint.

**THIRTIETH:** Denies the truth of each and every allegation contained within paragraph "30" of Plaintiff's Complaint.

**THIRTY-FIRST:** Denies the truth of each and every allegation contained within paragraph "31" of Plaintiff's Complaint.

**THIRTY-SECOND:** Denies the truth of each and every allegation contained within paragraph "32" of Plaintiff's Complaint.

**THIRTY-THIRD:** Denies the truth of each and every allegation contained within paragraph "33" of Plaintiff's Complaint.

-5-

**THIRTY-FOURTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "34" of Plaintiff's Complaint and in addition, refers all questions of law to the trial court for judicial determination.

**THIRTY-FIFTH:** Denies the truth of each and every allegation contained within paragraph "35" of Plaintiff's Complaint.

**THIRTY-SIXTH:** Denies the truth of each and every allegation contained within paragraph "36" of Plaintiff's Complaint.

**THIRTY-SEVENTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "37" of Plaintiff's Complaint and in addition, refers all questions of law to the trial court for judicial determination.

**THIRTY-EIGHTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "38" of Plaintiff's Complaint and in addition, refers all questions of law to the trial court for judicial determination and the documents referred to therein speak for themselves.

**THIRTY-NINTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "39" of Plaintiff's Complaint and in addition, the documents referred to therein speak for themselves.

**FORTIETH:** Denies the truth of each and every allegation contained within paragraph "40" of Plaintiff's Complaint.

**FORTY-FIRST:** Denies the truth of each and every allegation contained within paragraph "41" of Plaintiff's Complaint and in addition, the documents referred to therein speak for themselves.

**FORTY-SECOND:** Denies the truth of each and every allegation contained

within paragraph "42" of Plaintiff's Complaint and in addition, the documents referred to therein speak for themselves.

**FORTY-THIRD:** Denies the truth of each and every allegation contained within paragraph "43" of Plaintiff's Complaint**.**

## FIRST CAUSE OF ACTION

**FORTY-FOURTH:** Answering Defendant repeats, reiterates and realleges each and every denial and denial asserted upon information and belief in response to paragraph "1" through "44" of the Plaintiff's Complaint, as if the same were repeated verbatim at length herein.

**FORTY-FIFTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "45" of Plaintiff's Complaint.

**FORTY-SIXTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "46" of Plaintiff's Complaint.

**FORTY-SEVENTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "47" of Plaintiff's Complaint.

**FORTY-EIGHTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "48" of Plaintiff's Complaint.

**FORTY-NINTH:** Denies the truth of each and every allegation contained within paragraph "49" of Plaintiff's Complaint, including subparagraphs (a) through (e).

**FIFTIETH:** Denies the truth of each and every allegation contained within paragraph "50" of Plaintiff's Complaint**.**

**FIFTY-FIRST:** Denies the truth of each and every allegation contained within paragraph "51" of Plaintiff's Complaint**.**

**FIFTY-SECOND:** Denies knowledge or information sufficient to form a belief as to

the truth of each and every allegation contained within paragraph "52" of Plaintiff's Complaint and in addition, refers all questions of law to the trial court for judicial determination.

**FIFTY-THIRD:** Denies the truth of each and every allegation contained within paragraph "53" of Plaintiff's Complaint.

**FIFTY-FOURTH:** Denies the truth of each and every allegation contained within paragraph "54" of Plaintiff's Complaint.

## AS AND FOR ANSWERING DEFENDANT'S FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a valid cause of action upon which relief may be granted.

## AS AND FOR ANSWERING DEFENDANT'S SECOND AFFIRMATIVE DEFENSE

The Plaintiff's Complaint is not supported by documentary evidence.

## AS AND FOR ANSWERING DEFENDANT'S THIRD AFFIRMATIVE DEFENSE

Upon information and belief, the causes of action asserted in the Plaintiff's Complaint against the Answering Defendant are barred in whole or in part by the doctrine of estoppel.

## AS AND FOR ANSWERING DEFENDANT'S FOURTH AFFIRMATIVE DEFENSE

If Plaintiff has incurred any damages herein, which claim is expressly denied, such damages are the result of her own culpable conduct.

### AS AND FOR ANSWERING DEFENDANT'S
### FIFTH AFFIRMATIVE DEFENSE

Defendant did not violate, in whole or in part, any provision of the FDCPA.

### AS AND FOR ANSWERING DEFENDANT'S
### SIXTH AFFIRMATIVE DEFENSE

To the extent a violation of any provision of 15 USC §1692 occurred, which violation is expressly denied, such violation was not intentional and resulted from a *bona fide* error notwithstanding reasonable procedures adopted to avoid any such error.

### AS AND FOR ANSWERING DEFENDANT'S
### SEVENTH AFFIRMATIVE DEFENSE

To the extent a violation of any provision of 15 USC §1692 occurred, which violation is expressly denied, such violation was the result of acts of non-agents, or agents acting outside the scope of their authority.

### AS AND FOR ANSWERING DEFENDANT'S
### EIGHTH AFFIRMATIVE DEFENSE

The instant action is barred by the expiration of the applicable statute of limitations.

### AS AND FOR ANSWERING DEFENDANT'S
### NINTH AFFIRMATIVE DEFENSE

Plaintiff is precluded by the doctrine of waiver and estoppel.

### AS AND FOR ANSWERING DEFENDANT'S
### TENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate her damages.

**WHEREFORE,** Answering Defendant LAW OFFICES OF COHEN & SLAMOWITZ,

LLP, respectfully requests that this Court enter judgment herein dismissing Plaintiff's claims against them in their entirety, together with such other, further and different relief as this Court deems just and proper.

Dated: New York, New York
        August 2, 2012

                                Respectfully Yours,

                                **PODVEY, MEANOR, CATENACCI, HILDNER COCOZIELLO & CHATTMAN, P.C.**

By:_____
Wendy B. Shepps (WS1207)
Attorneys for Defendant
COHEN & SLAMOWITZ, LLP
570 Lexington Avenue
New York, New York 10022
(212) 432-7419
File No.: 004696.11963

-10-

TO:   Adam J. Fishbein, P.C.
      Attorneys for Plaintiff
      483 Chestnut Street
      Cedarhurst, New York 11516
      (516) 791-4400

Case 1:12-cv-03243-MKB-SMG Document 4 Filed 08/02/12 Page 10 of 11 PageID #: 42

-10-

## **CERTIFICATE OF SERVICE**

I, Wendy B. Shepps, hereby certify that on August 2, 2012, I electronically filed the foregoing Answer with the Clerk of the District Court using its CM/ECF system which would then electronically notify Adam J. Fishbein, Esq., counsel for the Plaintiff.

_____
Wendy B. Shepps (WS 1207)